## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| LESLEE SILVERMAN TABAS AND RICHARD S. TABAS, | : No. 469 MAL 2017 |
| | : |
| | : |
| Petitioners | : Petition for Allowance of Appeal from |
| | : the Order of the Superior Court |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| MAIN LINE HEALTH, INC., LANKENAU HOSPITAL A/K/A LANKENAU MEDICAL CENTER, JOHN J. LYNCH, III, DANIEL C. LAZOWICK, D.O., JEROME SANTORO, M.D., THOMAS P. SOLLECITO, D.M.D., PHILLIP D. ROBINSON, FACHE W. RANDALL RUSSELL, M.D., MAIN LINE HEALTH HOME CARE AND HOSPICE, MOUNTAIN LAUREL RISK RETENTION GROUP, INC., | : : : : : : : : : : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

AND NOW, this 3rd day of January, 2018, the Petition for Allowance of Appeal is DENIED.